Nancy MARSHALL, Plaintiff–
Appellant,

v.

ILLINOIS DEPARTMENT OF HUMAN
SERVICES and W.A. Howe Develop-
mental Center, Defendants–Appellees.

No. 04–1565.

United States Court of Appeals,
Seventh Circuit.

Submitted Sept. 28, 2004.*

Decided Oct. 1, 2004.

Nancy Marshall, Tinley Park, IL, pro se.

Deborah L. Ahlstrand, David J. Ben–
Dov, Deutsch, Levy & Engel, Chicago, IL,
for Defendants–Appellees.

Before POSNER, ROVNER, and
WILLIAMS, Circuit Judges.

ORDER

Nancy Marshall, an African–American
woman, sued the Illinois Department of
Human Services and W.A. Howe Develop-
mental Center for race discrimination and
retaliation, in violation of Title VII, 42
U.S.C. §§ 2000e *et seq.*, and 42 U.S.C.
§ 1981. Marshall's complaint alleged that
the defendants (1) discriminated against
her on the basis of her race because they
failed to respond to her complaints regard-
ing a co-worker's threats and (2) retaliated
against her by disciplining her and with-
holding a promotion. The district court
granted summary judgment for the defen-
dants, and Marshall appeals.

On appeal, Marshall for the first time
asserts that the defendants discriminated
against her on the basis of her sex and
subjected her to a hostile work environ-
ment. Issues not raised before the district
court, however, are waived on appeal.
*See, e.g., Grayson v. O'Neill*, 308 F.3d 808,
817 (7th Cir.2002). Further, Marshall's
brief on appeal does not address the race
discrimination and retaliation claims that
she pursued in the district court, and any
arguments regarding those claims are also
waived. *Hildebrandt v. Ill. Dep't of Natu-
ral Res.*, 347 F.3d 1014, 1025 n. 6 (7th
Cir.2003); *Robin v. Espo Eng'g Corp.*, 200
F.3d 1081, 1088 (7th Cir.2000).

AFFIRMED.

---

* After an examination of the briefs and the
record, we have concluded that oral argu-
ment is unnecessary. Thus, the appeal is
submitted on the briefs and the record. *See*
Fed. R.App. P. 34(a)(2).